UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
BURTON N. PUGACH, and LEW MARKUS and
MICHAEL BLANCHARD, as Managing Agents
for ST. STEPHENS COMMUNITY DEVELOPMENT
CORP. and ST. STEPHENS BIBLE COLLEGE
REAL ESTATE MANAGEMENT CORP. appearing
QUI TAM, on behalf of the UNITED STATES
OF AMERICA and GORDON HILYARD, as
Director of ST. STEPHENS COMMUNITY
DEVELOPMENT CORP. and ST. STEPHENS
BIBLE COLLEGE REAL ESTATE MANAGEMENT
CORP.,

                Plaintiffs,

     - against -

M & T MORTGAGE CORP., a subsidiary of
M & T BANKING CORP.,

                Defendant.
- - - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 28 2006 ★
BROOKLYN OFFICE

SEALED ORDER

Civil Action
No. CV-05-2498

(Vitaliano, J.)

(M. Orenstein, M.J.)

Upon reading and filing of the annexed declaration of THOMAS A. McFARLAND, Assistant United States Attorney for this judicial district, and upon all the papers filed and proceedings had herein, and good cause having been shown therefor, it is hereby

ORDERED, pursuant to 31 U.S.C. 3730(b)(3), that the time for the United States to elect to intervene in this action or to notify the court that it declines to do so be, and it hereby is, extended to and including July 25, 2006; and it is further

ORDERED, that the sealing of the complaint in this action shall continue to be modified to permit the United States, in its discretion and without further order of this court, to

reveal the existence of the complaint to and discuss the allegations of the complaint with the defendant; and it is further

ORDERED, that the complaint and all other filings shall otherwise remain under seal until and including July 25, 2006, unless the United States requests that the seal be lifted before that date.

Dated: Brooklyn, New York
April 27 2006

s/Eric Vitaliano
HONORABLE ERIC N. VITALIANO
United States District Judge