## APPROVED DOCKET ENTRY

<u>Burton N. Pugach, Lew Markus, Michael Blanchard & Gordon Hilyard v. M & T Mortgage Corp.</u>

2:05-cv-02498

December 13, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 13 2006 ★
**BROOKLYN OFFICE**

In light of the November 22, 2006 stipulation between Plaintiffs' counsel and the United States, the Court proposes to unseal all documents and docket entries in this matter and to unseal the file going forward. Any objections by Plaintiffs' counsel or the United States are to be received in letter brief form on or before December 22, 2006. Objections should be made as to specific documents with a legal basis for each objection.